UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIC DERELL BARNES,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES PAROLE<br>COMMISSION,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 19-12052-JCB |

ORDER

November 21, 2019

Boal, M.J.

On October 2, 2019, Eric Derell Barnes, an inmate in custody at FMC Devens, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, which alleges that the United States Parole Commission improperly increased his parole guideline range. Docket No. 1. This Court subsequently ordered Barnes to submit the $5.00 filing fee or move for leave to proceed in forma pauperis. Docket No. 3. Barnes has not responded to this Court's order.

Accordingly, this Court hereby orders as follows:

1. Within 21 days of this Order, Petitioner shall either (1) pay the $5.00 filing fee; or (2) file a motion to proceed in forma pauperis, that is, file an application to proceed in district court without prepaying fees or costs accompanied by a certified prison account statement. Failure of the Petitioner to comply with this directive may result in dismissal of this action.

2. The Clerk of this Court shall serve a copy of the Petition on the Respondent and the United States Attorney for the District of Massachusetts.

1

3. The Respondent shall file an answer or other responsive pleading within 21 days of either (1) the Petitioner's payment of the $5 filing fee; or (2) this Court's granting of a motion to proceed in forma pauperis.

4. Because this action was randomly assigned to this Court pursuant to the District Court's Consent Program, the Clerk shall provide the Petitioner with the form for Consent/Refusal of Magistrate Judge Jurisdiction and the instructions for that form.

SO ORDERED.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge