UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ERIC DERELL BARNES, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 19-12052-JCB |
| UNITED STATES PAROLE COMMISSION, | ) ) ) ) | |
| Respondent. | ) ) ) | |

ORDER

December 9, 2019

Boal, M.J.

On October 2, 2019, Eric Derell Barnes, an inmate in custody at FMC Devens, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Docket No. 1. Since that time, the undersigned has twice ordered that he either submit the $5.00 filing fee or move for leave to proceed in forma pauperis. See Docket Nos. 3, 4.

On November 27, 2019, Barnes filed a letter with the court stating that he had already paid the filing fee in this case. Docket No. 5. The Clerk's Office records indicate that on August 20, 2019, Barnes paid the filing fee in a different case. See Barnes v. Spaulding, No. 19-11745-RGS, Docket No. 4. The court has no record of any other payment from Barnes. He must either pay the $5.00 filing fee or move for leave to proceed in forma pauperis in every habeas action that he initiates in the district court. See 28 U.S.C. §§ 1914(a), 1915.

Accordingly, the undersigned hereby orders as follows:

1. Within 21 days of this Order, Barnes shall either (1) pay the $5.00 filing fee in this case; or (2) file a motion to proceed in forma pauperis, that is, file an application to proceed in district court without prepaying fees or costs accompanied by a certified prison account statement. Failure of the Petitioner to comply with this directive may result in dismissal of this action.

2. The Respondent shall file an answer or other responsive pleading within 21 days of either (1) the Petitioner's payment of the $5.00 filing fee in this case; or (2) this Court's granting of a motion to proceed in forma pauperis.

SO ORDERED.

/s/ Jennifer C. Boal_____
JENNIFER C. BOAL
United States Magistrate Judge